UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HICKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No: 2:18-cv-02412-PA (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each is side to bear their own attorney fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2018

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE